IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRAVIS TORBORG,<br><br>  Plaintiff,<br><br>v.<br><br>GEORGIA POWER COMPANY,<br><br>  Defendant. | CIVIL ACTION FILE NO.<br>1:21-cv-004780-SDG-LTW |

## REPORT AND RECOMMENDATION

Defendant moved to dismiss the state law claims in Plaintiff's initial Complaint ([Doc. 4]), but Plaintiff has since amended his Complaint to drop those claims ([Doc. 7]). As such, the undersigned **RECOMMENDS** the Motion to Dismiss ([Doc. 4]) be **DENIED as moot**. See Malowney v. Fed. Collection Deposit Grp., 193 F.3d 1342, 1345 n.1 (11th Cir. 1999) ("An amended complaint supersedes an original complaint.").

**SO REPORTED AND RECOMMENDED**, this __26__ day of January, 2022.

_____
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE